**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| CHRISTY A. BUTIGAN,<br>    c/o Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006 | Civil Action No.  1:13cv514 |
| | |
| Plaintiff, | **Hearing Date: August 30, 2013** |
| vs. | |
| SALAH MOHAMMED K. A. AL-MALKI,<br>SALWA AWAD M. SAEED, | |
| Defendants. | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on August 30, 2013, or as soon thereafter as counsel may be

heard, Plaintiff Christy Butigan will bring on for hearing her Motion for Order Authorizing

Alternate Service and Extension of Time to Accomplish Service.

                                        Respectfully submitted,


Dated: 8/21/2013

                                        By:          /s/Erica Morin                          .
                                            Erica Morin
                                            Virginia Bar No. 80707
                                            *Attorney for Christy A. Butigan*
                                            Wilmer Cutler Pickering Hale & Dorr LLP
                                            60 State Street
                                            Boston, MA 02109
                                            Tel: 617-526-6795
                                            Fax: 617-526-5000
                                            Email: Erica.Morin@wilmerhale.com

Eric Mahr (admitted Pro Hac Vice)
Andrew King (admitted Pro Hac Vice)
Stacy Frazier (admitted Pro Hac Vice)
*Attorneys for Christy A. Butigan*
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: 202-663-6446
Fax: 202-663-6363
Email: Eric.Mahr@wilmerhale.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of August, 2013, I deposited in the United State mail,

postage prepaid, a true and correct copy of the above and foregoing in a sealed envelope, with

first class postage prepaid, on the date and to the addressee(s) shown below: NOTICE OF

HEARING:

Salah Mohammed K. A. Al-Malki
Salwa Awad M. Saeed
P.O. Box 2735
Doha
Qatar

                                                              /s/Erica Morin