

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CHRISTY A. BUTIGAN,<br>    c/o Wilmer Cutler Pickering Hale & Dorr LLP<br>    1875 Pennsylvania Avenue NW<br>    Washington, DC 20006<br><br>                     Plaintiff,<br><br>vs.<br><br>SALAH MOHAMMED K. A. AL-MALKI,<br>SALWA AWAD M. SAEED,<br><br>                     Defendants. | Civil Action No. 1:13cv514<br><br>JURY TRIAL DEMANDED |

## ORDER

Plaintiff's Motion for Order Authorizing Alternate Service of Process and Extension to Accomplish Service is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff is authorized and directed to mail the Summons and Complaint and future pleadings in this action for service on Defendants Salah Mohammed K.A. Al-Malki and Salwa Awad M. Saeed, in Qatar, by United States International Mail to PO Box 2735, Doha, Qatar, pursuant to statute.

IT IS FURTHER ORDERED that Plaintiff is directed to accomplish service within 120 days from this Order.

SO ORDERED, this 27th day of August, 2013.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge