AO 440 (Rev. 06/12) Summons in a Civil Action

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 NOV 12 P 1:41

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Christy A. Butigan, )
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 1:13-cv-514
Salah Mohammed K. A. Al-Malki, )
Salwa Awad M. Saeed, )
)
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Salwa Awad M. Saeed
P.O. Box 2735
Doha
Qatar

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erica Morin, Esq.
Eric Mahr, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug. 19, 2013

*H. Walker*
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 NOV 12 P 1: 41

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Christy A. Butigan,  )
                     )
                     )
                     )
_____    )
    *Plaintiff(s)*   )
         v.          )     Civil Action No. 1:13-cv-514
Salah Mohammed K. A. Al-Malki, )
Salwa Awad M. Saeed,           )
                               )
                               )
_____              )
    *Defendant(s)*             )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Salah Mohammed K. A. Al-Malki
P.O. Box 2735
Doha
Qatar

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erica Morin, Esq.
Eric Mahr, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Aug. 19, 2013         *(signature)* B. Walker
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Salah Mohammed K.A. Al-Malki
was received by me on *(date)* 08/19/2013 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):* I personally delivered the summons and complaint, accompanied with translations, to the clerk's office pre-stamped for mailing on 8/19/2013 in accordance with FRCP 4(f)(2)(c)(ii). I have attached confirmation of delivery of the mailing to the stated address, however, the package was returned indicating that it had been "unclaimed."

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/2013

*Server's signature*

Zelinda Eklof-Jackson, Senior Paralegal
*Printed name and title*

Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Server's address*

Additional information regarding attempted service, etc:

English        Customer Service        USPS Mobile                                                        Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Track & Confirm
Enter up to 10 Tracking #Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70062760000086225702 | | Arrival at Unit | August 20, 2013, 9:47 am | WASHINGTON, DC 20037 | Certified Mail™ |
| | | Depart USPS Sort Facility | August 20, 2013 | WASHINGTON, DC 20066 | |
| | | Processed through USPS Sort Facility | August 20, 2013, 2:34 am | WASHINGTON, DC 20066 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**USPS.COM** | Copyright© 2013 USPS. All Rights Reserved.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Salwa Awad Saeed
was received by me on *(date)* 08/19/2013 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):* I personally delivered the summons and complaint, accompanied with translations, to the clerk's office pre-stamped for mailing on 8/19/2013 in accordance with FRCP 4(f)(2)(c)(ii). I have attached confirmation of delivery of the mailing to the stated address, however, the package was returned indicating that it had been "unclaimed."

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/2013

*Server's signature*

Zelinda Eklof-Jackson, Senior Paralegal
*Printed name and title*

Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Server's address*

Additional information regarding attempted service, etc:

| English | Customer Service | USPS Mobile | | | Register / Sign In |

# USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track & Confirm
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

| | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70062760000086225702 | | Arrival at Unit | August 20, 2013, 9:47 am | WASHINGTON, DC 20037 | Certified Mail™ |
| | | Depart USPS Sort Facility | August 20, 2013 | WASHINGTON, DC 20066 | |
| | | Processed through USPS Sort Facility | August 20, 2013, 2:34 am | WASHINGTON, DC 20066 | |

### Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM   Copyright© 2013 USPS. All Rights Reserved