IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTY A. BUTIGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-00514-GBL-TCB |
| ) | |
| SALAH MOHAMMED K.A. ) | |
| AL-MALKI, et al., ) | |
| ) | |
| Defendants. | |

**ORDER**

It appears from the record that Defendants Salah Mohammed K.A. Al-Malki and Salwa Awad M. Saeed are in default. Accordingly, IT IS HEREBY ORDERED that:

(1) Plaintiff immediately obtain a default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a);

(2) Promptly after obtaining entry of default, Plaintiff shall file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this court has subject matter jurisdiction, including how each defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) Plaintiff can receive the damages and any further relief sought, with specific references to affidavits, declarations, or other evidence supporting relief; and

(3) Plaintiff shall file a Notice setting the hearing of the motion for default judgment for **10:00 a.m. on Friday, February 14, 2014** before the magistrate judge to whom the action is referred, and mail copies of the notice, motion, and memorandum to the defaulting defendant at that defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendant at the address listed in the case file.

**IT IS SO ORDERED.**

ENTERED this ⁶ᵗʰ day of January, 2014.

Alexandria, Virginia  
1 / 6 / 2014

                                          /s/  
                                        Gerald Bruce Lee  
                                        United States District Judge