**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Christy A. Butigan | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO.    1:13cv514 |
| | ) | |
| Salah Mohammed K. A. Al-Malki, et al. | ) | |
| Defendant | ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of, Erica Danielle Morin counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Salah Mohammed K. A. Al-Malki and Salwa Awad M. Saeed for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY:      /s/Richard Banke
DEPUTY CLERK

DATED:  1/8/2014