IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTY A. BUTIGAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13-cv-00514-GBL-TCB |
| | ) |
| SALAH MOHAMMED K. A. AL-MALKI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER and FINAL JUDGMENT

Upon consideration of the April 9, 2014 Report and Recommendation of United States Magistrate Judge Buchanan (Doc. 30), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts as its own the findings of fact and accepts the recommendations in part of United States Magistrate Judge Buchanan. The Court adopts the recommendation that Plaintiff Christy A. Butigan be compensated by Defendants, jointly and severally, in the amount of:

- $15,308.50 in unpaid minimum wages;
- $15,308.50 in liquidated damages;
- A compensatory damage award for emotional distress totally $62,100.00 calculated by multiplying the 138 days of work in the United States by $450 per day;
- $400,000.00 in punitive damages.

This represents a total award of $492,717.00.

The Court declines to adopt the recommendation that Plaintiff be compensated $40,950.00 in compensatory damages for emotional distress for the 91[1] days of work in Qatar. The Court finds that Plaintiff has not put forth any authority to support the contention that this Court has jurisdiction to compensate her for extraterritorial emotional distress. *See Kiobel v. Royal Dutch Petroleum*, 133 S.Ct. 1659 (2013) (presumption against extraterritorial application of United States law).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 23) is **GRANTED**;

**IT IS FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Christy A. Butigan and against Defendants Salah Mohammed K. A. Al-Malki and Salwa Awad M. Saeed pursuant to Rule 58 of the Civil Rules of Procedure;

**IT IS FURTHER ORDERED** that Plaintiff Christy A. Butigan shall recover from Defendants, jointly and severally, $92,717.00 in compensatory damages and $400,000.00 in punitive damages.

**IT IS SO ORDERED.**

ENTERED this 12th day of May, 2014.

Alexandria, Virginia

5/12/2014

/s/
Gerald Bruce Lee
United States District Judge

---

[1] In the Compensatory Damages: Emotional Distress section of the Report and Recommendation, there appears to be a typo in footnote 10 (page 25), indicating that Plaintiff spent 81 days in Qatar for a total of 229 days in service of Defendants. Plaintiff's Motion for Default Judgment indicates that she spent 91 days in Qatar, and the Report and Recommendation's total of 229 reflects 91 days in Qatar plus 138 days in the United States.

2